IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDALL C. JONES, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-132 |
| | : | |
| v. | : | |
| | : | |
| NORTHAMPTON COUNTY DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 13th day of February, 2015, after considering the application to proceed *in forma pauperis* and complaint filed by the *pro se* plaintiff, Randall C. Jones (Doc. No. 1), it is hereby **ORDERED** as follows:

1. The application to proceed *in forma pauperis* is **GRANTED**;

2. The plaintiff, Randall C. Jones, #14785, shall pay the full filing fee of $350 pursuant to 28 U.S.C. § 1915(b). Based on the plaintiff's financial records, an initial partial filing fee is not assessed. The Warden or other appropriate official at the Northampton County Department of Corrections, or at any other prison at which the plaintiff may be confined shall, until the full filing fee is paid, deduct from the plaintiff's prisoner account, each time that the account exceeds $10.00, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court, U.S. District Court for the Eastern District of Pennsylvania, 601 Market St., Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 15-132;

3. The complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii);

4. The Clerk of Court is directed to send a copy of this order to the Warden of the Northampton County Department of Corrections; and

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.